No. 74–498. RESEARCH CORP. *v.* NASCO INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 74–501. WYETH LABORATORIES, A DIVISION OF AMERICAN HOME PRODUCTS CORP. *v.* REYES. C. A. 5th Cir. Motions of American Academy of Pediatrics and Conference of State and Territorial Epidemiologists for leave to file briefs as *amici curiae* granted. Motion of American Medical Assn. for leave to file a brief as *amicus curiae* denied. Certiorari denied.

No. 74–546. DITTER, U. S. DISTRICT JUDGE *v.* PHILADELPHIA NEWSPAPERS, INC., ET AL. C. A. 3d Cir. Motion of American Newspaper Publishers Assn. for leave to file a brief as *amicus curiae* and certiorari denied.